UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

TASHIMIA C TEAGUE )
)
(Name of the plaintiff or plaintiffs) )
) CIVIL ACTION
v. )
) NO. _____
7 eleven )
)
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. Plaintiff ☐ DOES ☒ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is **Tashimia Teague**, whose street address is **1327 15th St**, (city) **Moline** (state) **IL** (ZIP) **61265**

(Plaintiff's telephone number) **(309)- 430 9355**

3. The defendant is **7 eleven**, whose street address is **2702 Avenue of the cities** (city) **moline** (state) **IL** (ZIP) **61265**

(Defendant's telephone number) **(630) 967-4551**

4. The alleged discrimination occurred at **7 eleven** (city) **moline** (state) **IL** (ZIP) **61265**

5. The plaintiff [*check one box*]

    (a) ☐   was denied employment by the defendant.

    (b) ☐   was hired and is still employed by the defendant.

    (c) ☒   was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) ~~Apu~~ Feb - got fired that day, (day) 09, (year) 2021.
   But started happening around Nov, or dec 2020

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☒ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The
       Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination.
   **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) ___5/2021___.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☐ by failing to hire the plaintiff.

   (b) ☐ by terminating the plaintiff's employment.

   (c) ☐ by failing to promote the plaintiff.

   (d) ☐ by failing to stop harassment;

   (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

   (g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

   (h) ☐ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

   (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

   (j) ☐ other (specify):_____

   _____
   _____
   _____
   _____
   _____

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Since I've been working for 7/11 for about 4 months within the 6 months i was with them i was treated unfairly by my district/GM manger libby. She talked down to me, telling me i dont know how to much, everything i say is a lie, i need to hurry up with the paperwork, she told me i had 45 mins to get work down or she's taking over and etc. As far as trainning went i was trainned for 3-4 days one on one for my assistant mgr position that was all my training. They kept me as a cashier basically the whole time i was here. I witnessed some discrimination towards a black man between Nov 10th 2020 from a manger at the 11th st Rock Island 7/11, i told the owner greg and libby about what happened. After that everything started going down hill for me, libby was starting to discrimate my character to other mgrs, accusing of stealing money, giving me more write

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

4

the other side
more info →

then actually trainning for upper possessions me store to store when i was suppose to stay on Avenue of the city with Heather L my original G.M, playing with my manager For months had me using a nather mgr personal numbers to get in safe when your suppose to have your own, Kept giving keys to store taking them back and forth. Accusing me of stealing no proof i ask for none, not allowing me to finish my daily mgr duties dropping money off to banks like assistant mgr suppose to, rushing me to do paper work everytime while other mgr did their work for hrs of the day, due to me not getting the right trainning. Since I've been there i think I've only did paper probably 5-12 times out of 6 months. Then on Feb 9 2021, i was force to clock out and get another doc excuse letter to return back to work no restrictions, I told her i had one already this is Amy the other district mgr who fired me over the phone that next 2-3 days for no reason. She said well you need another excuse, so went to doctors office again got proof still fired me. I asked why I'm getting fired i have get attendance no write ups, for anything pertaining to get fired she said greg the owner said your nagging to. much about getting trainned were not continuing working with you. after a month of working then my pain then the slip and fall incident i had with cocusan, now they want to fire me. I let another job to better myself at 777 But lost everything. But was treated unfairly the whole time and got retaliated on due to the discrimination i witnessed. I stayed crying the whole time never felt so degraded, used, discrimated in my life

(g) [x] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [ ] Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Tashimia Teague
(Plaintiff's name)

1328 15th St
(Plaintiff's street address)

(City) Moline  (State) IL  (ZIP) 61265

(Plaintiff's telephone number) (309) – 430 9355

Date: 5/14/2021

5