Judgment in a Civil Case (02/11)

# United States District Court
for the
Central District of Illinois

| | |
|---|---|
| **TASHIMIA C. TEAGUE**   ) | |
| )  | |
| **Plaintiff,**   ) | |
| ) | |
| vs.   ) | Case Number: 21-4097 |
| ) | |
| **7 ELEVEN, QUAD CITIES RETAIL,**   ) | |
| **GREG EVANS, LIBIE UNKNOWN,**   ) | |
| **AMY UNKNOWN**   ) | |
| ) | |
| **Defendant.**   ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff Tashimia C. Teague recovers nothing in her claims against Defendants Quad Cities Retail, Greg Evans, Libie Unknown, Amy Unknown, and previously terminated Defendant 7 Eleven. This case is dismissed.

**Dated: 9/10/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court